No. 76–1039. WILSON *v.* WILSON ET AL. Affirmed on appeal from D. C. Ore.

No. 76–1013. TEXAS EASTERN TRANSMISSION CORP. *v.* KINGSLEY, DIRECTOR, DIVISION OF TAXATION. Appeal from Super. Ct. N. J. dismissed for want of substantial federal question.

No. 76–1043. HENNIGAN *v.* LOUISIANA STATE BAR ASSN. Appeal from Sup. Ct. La. dismissed for want of substantial federal question.

No. 76–6167. BUSTELL *v.* BUSTELL. Appeal from Sup. Ct. Mont. dismissed for want of substantial federal question.

No. 76–1034. MOREAU *v.* TONRY ET AL. Appeal from Sup. Ct. La. dismissed for want of properly presented federal question.

No. 76–6148. REISER *v.* HUNTINGTON NATIONAL BANK ET AL. Appeal from Ct. App. Ohio, Franklin County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–1663. FRIEDMAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Marks* v. *United States, ante,* p. 188.

No. 76–728. MENTAL PATIENT CIVIL LIBERTIES PROJECT ET AL. *v.* DEPARTMENT OF PUBLIC WELFARE OF PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of 90 Stat. 2641, 42 U. S. C. § 1988 (1976 ed.).